UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | ED CV 23-01857-MEMF(KK) | Date | December 7, 2023 |
|---|---|---|---|
| Title | Abdelaziz Dridi v. Pilot Travel Centers LLC et al | | |

| Present: The Honorable | *Maame Ewusi-Mensah Frimpong*, United States District Judge |
|---|---|

| Sheila English | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Parveen Kaur Tumber- zoom<br>Alena Liang-zoom | Ryan Lee Rystad - zoom |

**Proceedings:**     MOTION to Remand Case to San Bernardino Superior Court **[11]**

The Court issues the tentative ruling prior to the hearing.

The case is called, counsel make their appearances.

The Court invites counsel and the parties to present their oral arguments. For the reasons stated on the record, the matter is taken under submission. An order will issue.

|  |  : | 42 |
|---|---|---|
| | Initials of Preparer | se |